# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SERGEY MKHITARYAN,

    Plaintiff(s),

v.

COUNTY OF CLARK,

    Defendant(s).

Case No. 2:24-cv-00708-RFB-NJK

**Order**

The Court possesses the inherent authority to reconsider its interlocutory orders. *United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000).

Plaintiff had filed a motion indicating that he required the assistance of counsel due to his "competency." Docket No. 2. Given the context, the Court construed the motion as a notice of incompetency and appointed counsel to represent Plaintiff based thereon. Docket No. 8. Counsel has now appeared for Plaintiff and indicated that he has in fact been deemed <u>competent</u> by another judge. Docket No. 11 at 4; *see also* Docket No. 11-1. In light of this correction, the Court **VACATES** its order appointing counsel and the Clerk's Office is **INSTRUCTED** to remove the Federal Public Defender's office as counsel of record.

IT IS SO ORDERED.

Dated: September 12, 2024

                                                           Nancy J. Koppe
                                                           United States Magistrate Judge