# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>COUNTY OF CLARK,<br><br>    Defendant(s). | Case No. 2:24-cv-00708-RFB-NJK<br><br>**Order**<br><br>[Docket No. 17] |

After initially appointing the Federal Public Defender based on a notice that appeared to raise competency issues, Docket No. 8, counsel filed a notice that Plaintiff had more recently been found competent to stand trial, Docket No. 11. In light of the correction of the pertinent circumstances, the Court vacated the appointment of counsel. Docket No. 14. Plaintiff thereafter filed a notice that his competency has again been put at issue in the state court proceedings and that he is back in competency proceedings. Docket No. 16. Plaintiff filed a motion for reconsideration of the order vacating the appointment of counsel in light of his competency again being questioned. Docket No. 17.

The Court hereby **SETS** that motion for reconsideration for a hearing at 4:00 p.m. on October 7, 2024, in Courtroom 3C. The Clerk's Office is **INSTRUCTED** to send a copy of this order to Plaintiff's former counsel of record, and one (or more) of those attorneys must appear in person for this hearing. So as not to interfere with his criminal case or competency proceedings, Plaintiff himself will appear by telephone for this hearing (if he is available).

IT IS SO ORDERED.

Dated: September 30, 2024

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge