Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
* Stacy M. Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org
Stacy_Newman@fd.org

*Attorney for Petitioner Sergey Mkhitaryan

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sergey Mkhitaryan, <br><br> Petitioner, <br><br> v. <br><br> County of Clark, *et al.*, <br><br> Respondents. | Case No. 2:24-cv-00708-RFB-NJK <br><br> **Motion to Strike ECF No. 23** |

Counsel for Plaintiff Sergey Mkhitaryan moves to strike a pro se filing (ECF No. 23) that contains information about privileged attorney-client communications. The filing includes a letter to counsel from Mr. Mkhitaryan regarding privileged communications between Mr. Mkhitaryan and counsel; it is therefore unclear if he intended for this letter and the entire document to be filed publicly with the court. Because Mr. Mkhitaryan is undergoing competency proceedings, counsel asks that the Court strike this document until counsel can speak with Mr. Mkhitaryan to determine if he intended to waive the attorney-client privilege and whether that waiver was knowing, intelligent, and voluntary.

Dated November 6, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Stacy M. Newman*
Stacy M. Newman
Assistant Federal Public Defender

*/s/ Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED.
Dated: November 7, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge