# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK,<br><br>        Defendant. | Case No. 2:24-cv-00708-RFB-NJK<br><br>**Order**<br><br>[Docket No. 26] |

While represented by counsel, Plaintiff filed a notice of additional information. Docket No. 26. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Plaintiff's notice, Docket No. 26, is hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: November 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge