Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
* Stacy M. Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org
Stacy_Newman@fd.org

*Attorney for Petitioner Sergey Mkhitaryan

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sergey Mkhitaryan,<br><br>    Petitioner,<br><br>    v.<br><br>County of Clark, *et al.*,<br><br>    Respondents. | Case No. 2:24-cv-00708-RFB-NJK<br><br>**Motion to Strike ECF No. 28** |

Counsel for Plaintiff Sergey Mkhitaryan moves to strike a pro se filing (ECF No. 28) that contains information about privileged attorney-client communications. Mr. Mkhitaryan is undergoing competency proceedings and although counsel has been in communication with Mr. Mkhitaryan, counsel is not certain whether Mr. Mkhitaryan intended to waive the attorney-client privilege and whether that waiver was knowing, intelligent, and voluntary.

Dated December 5, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Stacy M. Newman*
Stacy M. Newman
Assistant Federal Public Defender

*/s/ Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED.
Dated: December 5, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge