Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
* Stacy M. Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
Stacy_Newman@fd.org
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
Alicia_Intriago@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

*Attorneys for Plaintiff Sergey Mkhitaryan

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sergey Mkhitaryan,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>County of Clark, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-00708-RFB-NJK<br><br>**Motion for Extension of Time to File First Amended Complaint** |

Plaintiff Sergey Mkhitaryan, through his counsel of record Assistant Federal Public Defenders Stacy M. Newman and Alicia R. Intriago, now ask for an additional 30 days from January 9, 2025, up to and including February 10, 2025, in which to file the first amended complaint.

Since counsel was reappointed to this case on October 7, 2024, counsel has met with Mr. Mkhitaryan in person twice—first on October 25, 2024, and again on November 22, 2024—to discuss the goals of the litigation and possible claims in an amended complaint. Since their last in-person visit, Mr. Mkhitaryan has been undergoing competency proceedings with his next court date set for January 22, 2025, in the Eighth Judicial District Court to determine whether he is indeed competent to proceed with his state criminal proceedings.

Currently the amended complaint in the instant case is due January 9, 2025. Counsel therefore asks for an additional 30 days to file an amended complaint in order to meet with Mr. Mkhitaryan in person to discuss the possible claims in the amended complaint. This request for more time is not made for the purposes of delay but in the best interests of Mr. Mkhitaryan.

Dated January 6, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

IT IS SO ORDERED.
Dated: January 7, 2025

Nancy J. Koppe
United States Magistrate Judge

/s/ Stacy M. Newman
Stacy M. Newman
Assistant Federal Public Defender

/s/ Alicia R. Intriago
Alicia R. Intriago
Assistant Federal Public Defender

2