# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SERGEY MKHITARYAN,

    Plaintiff(s),

v.

COUNTY OF CLARK,

    Defendant(s).

Case No. 2:24-cv-00708-RFB-NJK

**Order**

    Plaintiff is being prosecuted in state proceedings, during which issues have been raised as to his competence to stand trial. On October 7, 2024, the Court appointed the Office of the Federal Public Defender to represent Plaintiff in this case in light of those competency issues. Docket No. 20. Counsel has now filed a status report explaining that (1) Plaintiff has been deemed competent to stand trial in his state criminal case and (2) Plaintiff has apparently refused to meet with counsel regarding filing an amended complaint in this case. Docket No. 34.

    Plaintiff must confer with his counsel regarding this case. Plaintiff's counsel must also file, no later than February 27, 2025, a notice as to whether counsel should continue to represent Plaintiff in this matter given the competence finding in state court, whether a new deadline should be set for the filing of an amended complaint, and (relatedly) whether Plaintiff intends to continue pursuing this case.

    IT IS SO ORDERED.

    Dated: February 6, 2025

    _____
    Nancy J. Koppe
    United States Magistrate Judge