# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>COUNTY OF CLARK,<br><br>    Defendant(s). | Case No. 2:24-cv-00708-RFB-NJK<br><br>**Order** |

Plaintiff is being prosecuted in state proceedings, during which issues have been raised as to his competence to stand trial. On October 7, 2024, the Court appointed the Office of the Federal Public Defender to represent Plaintiff in this case in light of those competency issues. Docket No. 20; *see also Davis v. Walker*, 745 F.3d 1303, at 1311 (9th Cir. 2014) (citing *Krain v. Smallwood*, 880 F.2d 1119, 1121 (9th Cir. 1989)). On February 5, 2025, counsel filed a status report indicating that (1) Plaintiff has been deemed competent to stand trial in his state criminal case and (2) Plaintiff has apparently refused to meet with counsel regarding filing an amended complaint in this case. Docket No. 34. On February 6, 2025, the Court ordered Plaintiff to confer with his counsel. Docket No. 35. The Court also ordered counsel to file a further notice as to whether counsel should continue to represent Plaintiff in this matter given the competence finding in state court, whether a new deadline should be set for the filing of an amended complaint, and (relatedly) whether Plaintiff intends to continue pursuing this case. *Id.*

Counsel has now filed that notice. Docket No. 36. Counsel filed that notice representing that Plaintiff has not communicated with them and that he has not appeared during state court proceedings. *Id.* Counsel further indicate that, "given the state court's competency finding and Plaintiff's noncommunication with counsel, the undersigned attorneys believe that counsel should not continue to represent the Plaintiff." *Id.* at 2. Because they have had no further communications

with Plaintiff, counsel take no position on whether Plaintiff wants the case to continue and request he be given 60 days to file an amended complaint. *Id.*

In light of the changed circumstances, the Court relieves appointed counsel of their duty in this case and Plaintiff will return to his *pro se* status. The Clerk's Office is **INSTRUCTED** to remove the Federal Public Defender's office as counsel of record. If Plaintiff wishes to proceed with this case, he is **ORDERED** to file an amended complaint in compliance with the earlier screening order. *See* Docket No. 12. That amended complaint must be filed by April 30, 2025. **Failure to file an amended complaint by that date may result in dismissal.**

IT IS SO ORDERED.

Dated: March 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2