**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SERGEY MKHITARYAN,

Plaintiff(s),

v.

COUNTY OF CLARK,

Defendant(s).

Case No. 2:24-cv-00708-RFB-NJK

**Order**

[Docket No. 39]

Pending before the Court is Plaintiff's motion of legal notice. Docket No. 39; *see also* Docket No. 38 (earlier filing). The pending filing covers various ground and is not entirely clear. For today's purposes, the Court construes this motion as seeking to extend the deadline to file an amended complaint. As so construed, the motion is **GRANTED** and the deadline to file the amended complaint is **EXTENDED** to June 16, 2025. **Failure to file an amended complaint by that date may result in dismissal.**

If Plaintiff seeks additional relief beyond the extension provided above, he must file a request that clearly articulates the relief he seeks, as well as the basis for obtaining that relief. It is important that any such future motion clearly and separately address each issue.

IT IS SO ORDERED.

Dated: May 7, 2025

Nancy J. Koppe
United States Magistrate Judge