# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGEY MKHITARYAN, <br>     Plaintiff(s), <br> v. <br> COUNTY OF CLARK, <br>     Defendant(s). | Case No. 2:24-cv-00708-RFB-NJK <br><br> **ORDER** <br><br> [Docket No. 43] |

On June 2, 2025, the Court denied Plaintiff's motion to appoint counsel. Docket No. 42. On June 25, 2025, Plaintiff filed another motion to appoint counsel, Docket No. 43, which the Court construes as a motion for reconsideration.

"Reconsideration is an extraordinary remedy, to be used sparingly." *Koninklijke Philips Elecs. N.V. v. KXD Tech., Inc.*, 245 F.R.D. 470, 472 (D. Nev. 2007) (citation and internal quotations omitted). The Local Rules provide the applicable standards in addressing whether the Court should reconsider an interlocutory order, indicating that reconsideration may be appropriate if (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the Court committed clear error or the initial decision was manifestly unjust, or (3) there is an intervening change in controlling law. Local Rule 59-1(a). A motion for reconsideration may not repeat arguments already presented. Local Rule 59-1(b).

Grounds for reconsideration have not been shown.

Accordingly, Plaintiff's motion for reconsideration is **DENIED**.

IT IS SO ORDERED.

Dated: June 27, 2025

                                                 Nancy J. Koppe
                                                 United States Magistrate Judge