# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERGEY MKHITARYAN,

    Plaintiff(s),

v.

COUNTY OF CLARK,

    Defendant(s).

Case No. 2:24-cv-00708-RFB-NJK

**REPORT AND RECOMMENDATION**

On September 12, 2024, the Court granted Plaintiff's motion to screen the complaint pursuant to 28 U.S.C. § 1915A. Docket No. 12.[1] The Court dismissed the complaint as violating Rule 8 and Rule 10 of the Federal Rules of Civil Procedure, *see id.* at 1-2, and provided Plaintiff with leave to amend, *id.* at 2. The deadline to amend was set for October 11, 2024. *Id.* Accounting for later extension, the current deadline to file the amended complaint is established at June 16, 2025. Docket No. 40 at 1. The Court warned in that order that "**[f]ailure to file an amended complaint by the date may result in dismissal**." *Id.* (emphasis in original).

Plaintiff has not filed an amended complaint. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: June 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion to screen was filed by counsel appointed to represent Plaintiff. *See* Docket No. 11. Appointed counsel eventually filed a notice indicating that they should no longer represent Plaintiff in this case. Docket No. 36 at 2 ("given the state court's competency finding and Plaintiff's noncommunication with counsel, the undersigned attorneys believe that counsel should not continue to represent the Plaintiff"). In light of the circumstances, the Court removed counsel from the case. Docket No. 37. The Court also denied Plaintiff's subsequent motion to re-appoint the removed counsel. Docket No. 42. Plaintiff is currently proceeding *pro se*.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).