# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

SERGEY MKHITARYAN,

    Plaintiff,

v.

COUNTY OF CLARK,

    Defendant.

Case No. 2:24-cv-00708-RFB-NJK

**ORDER**

    Before the Court for consideration is the Report and Recommendation (ECF No. 45) of the Honorable Judge Nancy J. Koppe, United States Magistrate Judge, entered on June 27, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 11, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

    **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 45) is

1  **ACCEPTED** and **ADOPTED** in full.

2      **IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice**.

3  The Clerk of Court is instructed to close this matter accordingly.

6  **DATED:** July 23, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**